IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10cr00021 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| PHILLIP BELL, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This matter came before the Court for hearing on September 8, 2011 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #47). Having conducted a full colloquy with Defendant Phillip Bell, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record

and the comprehensive findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that the Defendant Phillip Bell's guilty plea was knowing, voluntary, and intelligent.  Defendant is FOUND guilty of the offense to which he pled – specifically, Count Ten of the Second Superceding Indictment, which charged Defendant with Wire Fraud in violation of Title 18 U.S.C. §1343.

October 3, 2011                                                                *s/THOMAS M. ROSE

 

                                           Thomas M. Rose
                                  United States District Judge